DEFENDANT: Marc Rideout
CASE NUMBER: 5:04CR00498-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

60 Months on Count I; and 41 Months on Count II, to run concurrently with the sentence imposed in Count I for a Total sentence of 60 Months.

X The court makes the following recommendations to the Bureau of Prisons:

The Court recommends commitment at FCI Butner and as an alternative FCI Milan.

X The defendant is remanded to the custody of the United States Marshal.

☐ The execution of the sentence is deferred and bond continued. The defendant shall surrender :

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal or the designated institution.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 3/23/05 to FCI Milan

a Milan, MI , with a certified copy of this judgment.

Peter J Elliott
UNITED STATES MARSHAL

By Nathan A. O__
DEPUTY UNITED STATES MARSHAL