**COPY**

Marc Rideout 54721-060
F.C.I.
P.O. Box 1000
Milan, MI 48160
March 12, 2006

06 MAR 21 PM 1: 26

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Judge David D. Dowd, Jr.
United States District Court
Northern District of Ohio
2 South Main St.
Akron, OH 44308

Dear Judge Dowd:

Thank you for your timely and considerate letter of March 2, 2006
which was delivered to me here on March 6. I sincerely appreciate
your taking the time to review my request and suggest some alternatives
for me to consider.

In your letter you make reference to my mother and her "bad health".
I did not mean to convey the impression that she is experiencing
any health issues at this time. She did have a fall on some ice
and did injure herself, but she is generally in very good health.
In fact, she would probably want you to know that on her 89th
birthday (she is now 91) Mom signed a 4-year lease for a new Buick!
She is quite active and my only concern was laying the groundwork
for me to visit her should something happen.

With respect to my own situation I have spoken with my Unit Manager
here and shared my desires and your letters with him. What I have
found is that I am currently designated for assignment to a "halfway
house" in September, 2008. This is an "unofficial" designation
because Bureau Policy prohibits any official discussion of this until
12 months prior to that date. It was helpful to me, however, to find
out this information and know what the plans are for me.

Regarding any sort of furlough or reduced custody status which would
allow me to see my mother (or any family member) I was informed that
my crime puts me on a list where I am assigned a "Public Safety
Factor" which, according to current Bureau of Prisons Policy, precludes
me from being placed in "out custody" status. Apparently the Bureau
takes the approach of a "blanket designation" for crimes such as mine,
and does not allow latitude at the Unit Manager level for individual
consideration of offender history, rehabilitation efforts, or other
case-by-case review. There is apparently a procedure whereby one
can attempt to request a waiver of the Public Safety Factor but my
Unit Manager discouraged me from that route. I'll continue to gather
information on this internal process before I give up. I did point
out that you had granted me a 21-day furlough post-sentencing, but
that didn't seem to matter.

On a final positive note, my Unit Manager did encourage me to pursue
the sentence commutation request. I will likely begin this effort
near the end of the year. In the meantime I will continue to work
hard to show my family, friends, and you that I am deserving of a
second chance. Thank you again for your kindness and concern.

Sincerely,

Marc Rideout

Marc Rideout
NAME

54721-060
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
BOX 1000
MILAN, MICHIGAN 48160

DETROIT MI 482

13 MAR 2006PM 2 L



Judge David D. Dowd, Jr.
United States District Court
Northern District of Ohio
2 South Main St.
Akron, OH 44308

44308+1813