DOWD, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | CASE NO. 5:04 CR 498 |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| Marc P. Rideout, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The defendant is presently serving a term of supervised release. The defendant has petitioned the Court for a release from the remainder of his term of supervised release under the provisions of 18 U.S.C. § 3583(e).

As the defendant has now served more than one year of his period of supervised release, he is eligible for an order of this Court terminating the balance of the period of supervised release pursuant to the provisions of Section 3583(e)(1), which provides:

> (e) Modification of conditions or revocation. --The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6) --
>
> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]

The Court has considered the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6), and finds that a termination of the defendant's

( 5:04 CR 498)

period of supervised release is warranted by the conduct of the defendant since he entered upon his period of supervised release and in the interest of justice.

Accordingly, the defendant's term of supervised release is terminated as of  July 7, 2010  .

The clerk is directed to mail a copy of this order to the defendant at his last known address.

IT IS SO ORDERED.

 July 7, 2010                              */s/ David D. Dowd, Jr.*            
Date                                       David D. Dowd, Jr.
                                           U.S. District Judge