David D. Dowd, Jr.
Judge

(330) 252-6034
Fax (330) 252-6040

July 6, 2012

Lisa Tehlirian, Esq.
Ellis Porter
2701 Troy Center Drive, Suite 410
Troy, MI 48084

Re: <u>Marc Rideout</u>

Dear Ms. Tehlirian:

    Recent correspondence I received from your client, Marc Rideout, asked that I provide supporting documentation for his petition for an Adam Walsh Waiver. My letter of support for Mr. Rideout's Waiver is enclosed.

    If you have any questions or need any additional information, please advise.

Yours very truly,

David D. Dowd, Jr.
U.S. District Judge

Enclosure

DDD:sld

David D. Dowd, Jr.
Judge

(330) 252-6034
Fax (330) 252-6040

July 6, 2012

U.S. Citizenship and Immigration Services
Vermont Service Center
75 Lower Welden
St. Albans, VT 05479-0001

Re: Marc Rideout

To Whom it May Concern:

      I am writing on behalf of Marc Rideout, who is seeking an "Adam Walsh Waiver," that is, a determination from the Secretary of Homeland Security pursuant to the Adam Walsh Act that he does not pose a threat to his wife, who is a citizen of the Phillippines, for whom he desires to file a family-based immigrant petition to join him in the United States. As the United States District Judge who handled Marc Rideout's criminal case, I am familiar with the underlying matter that necessitates a Waiver.

      Mr. Rideout was indicted in 2004 and pled guilty in 2005 to Count I (enticement to induce a minor to participate in illegal activity (18 U.S.C. § 2422(b))), and Count II (interstate travel with intent to engage in illicit sexual conduct (18 U.S.C. § 2423(b))), and was sentenced to 60 months as to Count I and 41 months as to Count II, to run concurrently, followed by three (3) years of supervised release with both standard and special conditions. After completing his sentence and more than a year of supervised release, Mr. Rideout petitioned for early termination of his supervised release. After considering his conduct during his period of supervised release and in the interest of justice, I issued an order for early termination of Mr. Rideout's supervised release as of July 7, 2010.

Mr. Rideout has remained in communication with me since the time of his sentence to present. It was my impression when his criminal matter was before me that Mr. Rideout made some very regrettable decisions for which he accepted full responsibility, and that he has since continuously worked to achieve and maintain his rehabilitation. Based on the information I have received from him, it appears that his rehabilitation has been successful.

I hope this information is helpful, and urge you to favorably consider Mr. Rideout's request for a Waiver. If I can answer any questions or provide additional information, please do not hesitate to contact me.

Yours very truly,

David D. Dowd, Jr.
U.S. District Judge

DDD:sld